UNITED STATES of America, Plaintiff–Appellee,

v.

Juan CASTILLO–RIVERA, Defendant–Appellant.

### No. 15-10615

United States Court of Appeals, Fifth Circuit.

Filed November 4, 2016

Brian W. Portugal, James Wesley Hendrix, Leigha Amy Simonton, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

James Matthew Wright, Federal Public Defender's Office, Amarillo, TX, Jerry Van Beard, Esq., John MacIntyre Nicholson, Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, Brandon Elliott Beck, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.